IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

HEATHER W., )
)
   Plaintiff )
)
)  Civil Action No. 7:20-CV-728
v. )
)
KILOLO KIJAKAZI, Acting Commissioner )  By: Michael F. Urbanski
of Social Security, )  Chief United States District Judge
)
   Defendant )

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 12) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 14) is **GRANTED**, the report and recommendation (ECF No. 16) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 17) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 03-10-2022

Michael F. Urbanski
Chief United States District Judge